UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MARIA GOULD HOLCOMB and HENRY C. HOLCOMB,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A. and FEDERAL HOME MORTGAGE CORPORATION d/b/a FREDDIE MAC,

    Defendants.

Civil Action File No.:
4:12-cv-00111-WTM-GRS

### ORDER TO EXTEND DEADLINE BY WHICH TO FILE DISPOSITIVE MOTIONS

The Parties in the above-styled matter filed their Consent Motion to Extend Deadline By Which To File Dispositive Motions which came to be heard by this Court. After consideration of the Motion, all other matters of record, and the applicable and controlling law, the Motion is hereby **GRANTED**.

Accordingly, the discovery process is stayed for 60 days, until December 7, 2012, the discovery deadline is extended for 45 days after lifting of the stay and the deadline by which dispositive motions must be filed is extended for 75 days after lifting of the stay.

**There will be no further extensions.**

**SO ORDERED** this 22nd day of October, 2012.

*/s/ G.R. Smith*

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA