# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH  DIVISION

| | | |
|---|---|---|
| MARIA GOULD HOLCOMB | ) | |
| HENRY C. HOLCOMB | ) | |
| | ) | |
| Plaintiffs | ) | |
| v. | ) | Case No.   CV412-111 |
| | ) | |
| WELLS FARGO BANK, N.A. | ) | |
| FEDERAL HOME LOAN MORTGAGE | ) | |
| CORPORATION *d/b/a* FREDDIE MAC | ) | |
| | ) | |
| Defendants | ) | |

## O R D E R

At the request of the parties, the Court conducted a telephone conference with counsel to resolve a dispute that had arisen during plaintiff's deposition on March 25, 2013.  Counsel revealed that Wells Fargo Bank had made recordings of *some* of plaintiff's conversations with its representatives pertaining to the events at issue in this case.  Plaintiff's counsel objected to any efforts by defense counsel to have plaintiff confirm whether or not she recognized her voice on those recordings.  The Court ruled that the inquiry was appropriate and directed the deposition to proceed.

Because there is a history of obstructionism in this litigation, *see* doc. 41, the Court *sua sponte* and pointedly instructed defense counsel to insure that the defendants had disclosed *all recordings* of plaintiff's conversations with any of their representatives.  *See* Fed. R. Civ. P. 26(g).

The Court amends its prior scheduling order to GRANT the parties' joint request that discovery be extended through March 31, 2013.

**SO ORDERED** this 26th day of March, 2013.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA